# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **CHRIS BELLMAN,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**DOMINOS PIZZA, LLC,**<br><br>    **Defendant.** | **ORDER GRANTING MOTION TO DISMISS**<br><br>Case No. 2:19-cv-950<br><br>Judge Clark Waddoups |

Before the court is Plaintiff's Motion to Dismiss (ECF No. 9). The court, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby **GRANTS** the Motion and hereby **ORDERS** that this matter be **DISMISSED**, with each party to bear its own attorney fees and costs

Dated this 14th day of February, 2020.

                                          BY THE COURT:

                                          Clark Waddoups<br>
                                          United States District Judge